**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-1509**

———

PEPI SCHAFLER,

Plaintiff – Appellant,

and

BANK OF AMERICA, NA,

Garnishee,

v.

HSBC BANK USA, Martin J. Glynn, CEO; JAMES H. FRENCH, French & Lyon; PHILLIPS LYTLE; DAVID J. MACNAMARA, Managing Partner; SCOTT D. MILLER; MICHAEL B. POWERS, Phillips Lytle,

Defendants – Appellees,

and

M&T BANK, Robert E. Sadler, Jr., CEO,

Defendant.

———

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge. (8:09-cv-01758-PJM)

———

Submitted:  August 21, 2014          Decided:  August 25, 2014

———

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————

Pepi Schafler, Appellant Pro Se. Sean Charles McPhee, PHILLIPS LYTLE LLP, Buffalo, New York; Jeremy Schulman, Alexander Craig Vincent, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pepi Schafler appeals the district court's order entering judgment on a pending writ of garnishment on two of Schafler's bank accounts to satisfy a judgment of attorney's fees and costs against her. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED